**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MATTHEW ERIC HARGRAVE,   )
                         )
    Petitioner,     )   Case No. 2:13-cv-02228-GMN-PAL
                         )
vs.                      )   **ORDER**
                         )
BRIAN WILLIAMS, *et al.*, )
                         )
    Respondents.    )
_____/

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.  Petitioner has submitted a motion for leave to proceed *in forma pauperis* and a petition for a writ of habeas corpus.  Based on the information regarding petitioner's financial status, the motion to proceed *in forma pauperis* is denied.  Petitioner must pay the $5.00 filing fee for habeas corpus actions.  28 U.S.C. § 1914(a).  Petitioner shall be given an opportunity to pay the fee in this action.

**IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* (ECF No. 1) is **DENIED**.  Petitioner shall have **thirty (30) days** from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk.  Failure to do so may result in the dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** petitioner two copies of this order.  Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check in the amount of the $5.00 filing fee.

**IT IS FURTHER ORDERED** that the Clerk shall **RETAIN** the petition but not file it at this time.

**DATED** this 10th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge